IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| C.T. and G.T., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:23−cv−06112 |
| v. | ) |
| | ) Honorable Jeremy C. Daniel |
| BLUECROSS BLUESHIELD of ILLINOIS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION FOR JUDGMENT UNDER RULE 52**

**COMES NOW** Defendant Blue Cross and Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company ("BCBSIL"), pursuant to Rule 52 of the Federal Rules of Civil Procedure, and moves this Court for an Order granting judgment in its favor and against Plaintiffs, C.T. and G.T. ("Plaintiffs") and adopting each of BCBSIL's Proposed Findings of Fact and Conclusions of Law. The reasons supporting this Motion for Judgment are set forth in BCBSIL's accompanying Memorandum of Law in Support of its Motion for Judgment under Rule 52.

Along with its Motion for Judgment and Memorandum of Law, BCBSIL files its Proposed Findings of Fact and Conclusions of Law and supporting Appendix of Exhibits, and BCBSIL incorporates those documents by reference.

**WHEREFORE**, Defendant Blue Cross Blue Shield of Illinois requests that this Court enter an Order granting its Motion for Judgment; that this Court adopt BCBSIL's Proposed Findings of Fact and Conclusions of Law; and any such further relief, at law or in equity, that BCBSIL has shown itself entitled.

- 2 -

Dated: October 18, 2024　　　　　　　　　　Respectfully submitted,

By: */s/ Rebecca R. Hanson*

Martin J. Bishop, No. 6269425
Rebecca R. Hanson, No. 6289672
Taylor Marcusson, No. 6342379
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
Tel: 312.207.1000
Fax: 312.207.6400
Email: mbishop@reedsmith.com
Email: rhanson@reedsmith.com
Email: tmarcusson@reedsmith.com

*Counsel for Blue Cross and Blue Shield of Illinois*

## **CERTIFICATE OF SERVICE**

  I, Rebecca R. Hanson, an attorney, certify that on October 18, 2024, I electronically filed a true and correct copy of the foregoing document via the Court's ECF filing system, which will provide a copy to all counsel of record.

                     */s/ Rebecca R. Hanson*